# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

KEITH KRATZKE  
JANET KRATZKE

Chapter 13

Debtor

Bankruptcy No. 16-17120-JKF  
Date: 9/28/2017 9:30:00 AM  
Time:  
Courtroom: #Courtroom #3  
900 Market St,  
Philadelphia PA 19107

## CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

**AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

**WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

Respectfully submitted,

/s/ William C. Miller

_____

William C. Miller, Esquire  
Chapter 13 Standing Trustee  
P.O. Box 1229  
Philadelphia, PA 19105  
Telephone: (215)627-1377