# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-17120** |
| **Keith Kratzke** | : | **Chapter 13** |
| **Janet Kratzke** | : | **Judge Eric L. Frank** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | : | |
| | : | |
| **Wilmington Trust, National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **Place of Hearing** |
| **as trustee for MFRA Trust 2014-2** | : | **January 8, 2019 at 9:30 a.m.** |
| **Movant,** | : | |
| | : | |
| **vs** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #1** |
| **Keith Kratzke** | : | **Philadelphia, PA, 19107** |
| **Janet Kratzke** | : | |

**William C. Miller**

                    **Respondents.**

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 has filed a Motion for Relief from Automatic Stay.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before January 1, 2019, you or your attorney must do **ALL** of the following:

    A.  File an answer explaining your position at:

                        **Clerk, U.S. Bankruptcy Court**
                        U.S. Bankruptcy Court
                        900 Market Street
                        Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B.  Mail a copy to the Creditor's attorney and the below listed:

18-032846_FXF

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on January 8, 2019 at 9:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   December 17, 2018

18-032846_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 16-17120** |
| **Keith Kratzke** : | **Chapter 13** |
| **Janet Kratzke** : | **Judge Eric L. Frank** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **Wilmington Trust, National Association,** : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** : | **Place of Hearing** |
| **as trustee for MFRA Trust 2014-2** : | **January 8, 2019 at 9:30 a.m.** |
| **Movant,** : | |
| vs : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #1** |
| **Keith Kratzke** : | **Philadelphia, PA, 19107** |
| **Janet Kratzke** : | |

**William C. Miller**

          **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

  United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

  William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

  Brad J. Sadek, Attorney for Keith Kratzke and Janet Kratzke, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 17, 2018:

  Keith Kratzke and Janet Kratzke, 379 Pine Run Road, Doylestown, PA 18901

  Pennsylvania Department of Revenue, 110 N 8th St STE 204, Philadelphia, PA 19107

18-032846_FXF

Wells Fargo Bank NV NA, P.O. Box 31557, Billings, MT  59107

DATE: <u>December 17, 2018</u>

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-032846_FXF