**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 16-17120 |
| **Keith Kratzke** | : Chapter 13 |
| **Janet Kratzke** | : Judge Eric L. Frank |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wilmington Trust, National Association,** | : Date and Time of Hearing |
| not in its individual capacity, but solely | : January 8, 2019 at 9:30 a.m. |
| as trustee for MFRA Trust 2014-2 | : |
| Movant, | : Place of Hearing |
| | : U.S. Bankruptcy Court |
| vs | : 900 Market Street, Courtroom #1 |
| | : Philadelphia, PA, 19107 |
| **Keith Kratzke** | : |
| **Janet Kratzke** | : |
| | Related Document # 73 |
| **William C. Miller** | |
| Respondents. | |

### ORDER OF COURT

AND NOW, to wit, this  28th  day of  January , 2019, upon consideration of the foregoing Amended Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 79) , it is hereby **ORDERED** that the foregoing Stipulation is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**